NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KENNETH C. BROOKS,**
*Plaintiff-Appellant,*

v.

**DUNLOP MANUFACTURING INC.,**
*Defendant-Appellee,*

AND

**UNITED STATES,**
*Intervenor.*

---

2012-1164

---

Appeal from the United States District Court for the Northern District of California in case no. 10-CV-4341, Judge Charles R. Breyer.

---

**ON MOTION**

---

# ORDER

The United States moves to reform the caption to identify the United States as an intervenor rather than a defendant.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to reform the official caption is granted. The revised official caption is reflected above.

FOR THE COURT

MAY 18 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Adam C. Jed, Esq.
Kenneth C. Brooks, Esq.
William J. Robinson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2012

JAN HORBALY
CLERK